**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| JAMES EDWARD O'CONNELL | § | PETITIONER |
| | § | |
| v. | § CIVIL ACTION NO. 1:08CV312-LG-RHW | |
| | § | |
| DWAIN BREWER | § | RESPONDENT |

## JUDGMENT

This matter having come on to be heard on the Report and Recommendation [11] entered by United States Magistrate Judge Robert H. Walker on January 15, 2009, the Court, after a full review and consideration of the Report and Recommendation, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation [11] entered by United States Magistrate Judge Robert H. Walker on January 15, 2009, be, and the same hereby is, adopted as the finding of this Court. The Petition for Writ of Habeas Corpus is hereby dismissed.

**SO ORDERED AND ADJUDGED** this the 4th day of February, 2009.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE